IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Sammy Williams, ) | No. CV 06-00275-PHX-EHC |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Perkins, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |

On January 23, 2006, Petitioner Sammy Williams ("Petitioner") filed a timely Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Dkt. 1). Respondents filed an Answer to Petitioner's Petition on June 29, 2006. (Dkt. 13). On August 16, 2006, Magistrate Judge Mark E. Aspey issued a Report and Recommendation. (Dkt. 14). Petitioner filed his Objections to the Report and Recommendation on September 5, 2006. (Dkt. 15).

**Standard of Review**

A district court judge reviews a Report and Recommendation of a Magistrate Judge *de novo*. *See* 28 U.S.C. § 636(b)(1)(C).

**Discussion**

The Court having reviewed the record *de novo*, including the Objections filed by the Petitioner, adopts in full the Report and Recommendation of the Magistrate Judge and incorporates the same as part of this Order.

1 | Accordingly,

2 | **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge is
3 | **ADOPTED** in full. (Dkt. 14).

4 | **IT IS FURTHER ORDERED** that the Petitioner's Objections to the Report and
5 | Recommendation of the Magistrate Judge are **DENIED**. (Dkt. 15).

6 | **IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus is
7 | **DENIED**. (Dkt. 1)

9 | DATED this 31st day of January, 2007.

*Earl H. Carroll*
United States District Judge